377 A.2d 1005

## West Philadelphia Decorating Company v. Coleman et ux., Appellants.

Argued June 13, 1977. Herbert D. Rossman, for appellants; Lewis Jay Gordon, with him Meshon and Brener, for appellee.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

377 A.2d 1005

## Wheeland, Appellant, v. Nationwide Mutual Insurance Company.

Argued June 20, 1977. Richard A. Gahr, with him Allen E. Ertel, for appellant; Richard A. Gray, with him C. Edward S. Mitchell, for appellee.

Order affirmed.